# EXHIBIT A

JDKATZ
ATTORNEYS AT LAW

Sion Evans <sion@jdkatz.com>

## Response to Iran FSIA service questions

1 message

**FSIA-LR** <FSIA-LR@state.gov> Wed, Mar 11, 2026 at 2:35 PM
To: "jeffrey@jdkatz.com" <jeffrey@jdkatz.com>
Cc: "sion@jdkatz.com" <sion@jdkatz.com>

Dear Mr. Katz,

This is in response to your request for information on the status of service upon the Islamic Republic of Iran pursuant to 28 U.S.C. §1608(a)(4). While the Embassy of the Swiss Confederation is serving as protecting power for U.S. interests in Iran, the Foreign Interests Section is temporarily closed until further notice.[1] Given the security situation in Iran,

[redacted]

contact our office.

We regret that we are unable to give you a precise timetable for when service may be accomplished, but please do not hesitate to contact our office if you need additional status updates in the future.

[1] https://www.news.admin.ch/en/newnsb/UQv9oqfH6pHXEQ9f77ziE

Sincerely,

Judicial Assistance Team