**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MAHVI et al** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action No.** 1:25-cv-00059 |
| **ISLAMIC REPUBLIC OF IRAN et at.** | : | |
| **Defendants** | : | |
| | : | |

# AFFIDAVIT OF ELECTRONIC SERVICE

I, Sion Evans, being duly sworn, depose and state as follows:

1. I am a Paralegal employed by JDKatz, P.C., attorneys for Plaintiff Seyavash Mahvi in the above-captioned matter. I am over eighteen (18) years of age. I have personal knowledge of the facts set forth herein.

2. This affidavit is submitted in support of proof of electronic service upon Defendant Islamic Republic of Iran pursuant to the Court's Order authorizing alternative service by electronic mail in this matter.

3. On Thursday, June 18, 2026, at 1:03 PM, I caused to be served upon Defendant Islamic Republic of Iran, by electronic mail transmitted to iran@un.int — the official electronic mail address for the Permanent Mission of the Islamic Republic of Iran to the United Nations — the following documents in connection with the above-captioned civil action:

a. Summons (Islamic Republic of Iran);

b. Notice of Electronic Filing (Alternative Service via E-mail Granted);

c. Civil Cover Sheet;

d. Complaint (English version); and

e. Complaint (Farsi translated version).

4. The electronic mail transmission directed to iran@un.int specifically identified the Islamic Republic of Iran as the addressee in the body of the message, and stated that said Defendant was hereby served with the foregoing documents in accordance with the Court's grant of permission for alternative service by electronic mail.

5. A true and correct copy of the transmitted electronic mail, including metadata reflecting the date, time, sender, and recipient addresses, is attached hereto as Exhibit A.

6. Jeffrey D. Katz, Esq., attorney of record for Plaintiff, was copied on the foregoing transmission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 18, 2026

Sion Evans, Paralegal
JDKatz, P.C.
4800 Montgomery Lane, Suite 600
Bethesda, MD 20814
Direct: (240) 657-0497
Sion@jdkatz.com