JDKATZ
ATTORNEYS AT LAW

**Sion Evans <sion@jdkatz.com>**

# US District court for DC for 1:25-cv-00059-TNM-MAU MAHVI v. ISLAMIC REPUBLIC OF IRAN et al

1 message

**Sion Evans** <Sion@jdkatz.com> Thu, Jun 18, 2026 at 1:03 PM
To: iran@un.int
Cc: Jeffrey Katz <jeffrey@jdkatz.com>

In re: US District Court for DC C.A. No. 1:25-cv-00059-TNM-MAU Mahvi v. The Islamic Republic of Iran, et al.

Attention: Islamic Republic of Iran, you are hereby served with the following documents in the case captioned in the subject line of this e-mail: Summons, Notice of Electronic Filing (Alternative Service via E-mail Granted), Civil Cover Sheet, Complaint (English version), Complaint (translated version). The court granted permission for alternative service by email.

Kindest Regards,

**Sion Evans | Paralegal**
JDKatz, PC
4800 Montgomery Lane ||Suite 600 || Bethesda, MD 20814
Direct Dial 240-657-0497| F 443-645-6374| (301) 913-2948
Sion@jdkatz.com | www.jdkatz.com
Please be sure to check out Mr. Katz's Finding Safe Harbor: The Complete Maryland Medicaid Planning Guide 2025

**5 attachments**

- **Farsi Translated Complaint and Summons.pdf**
  3085K
- **Date Stampled Iran Summons 1-21-2025..pdf**
  162K
- **Date Stampled Complaint 1-21-25.pdf**
  201K
- **Date Stamped Cover Sheet 1-21-25.pdf**
  1096K
- **Notice and Consent to Trial 1-21-25.pdf**
  785K