Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

SEYA MAHVI

Plaintiff(s)

v.

Civil Action: 1:25-cv-00059-TNM-MAU

ISLAMIC REPUBLIC OF IRAN et al

Defendant(s)

**RE:** ISLAMIC REVOLUTIONARY GUARD CORPS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 6/18/2026, and an affidavit on behalf of the plaintiff having been filed, it is this 19th day of August, 2026 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Michele M. Grady
Deputy Clerk